Stuart M. Richter (SBN 126231)
stuart.richter@kattenlaw.com
Gregory S. Korman (SBN 216931)
gregory.korman@kattenlaw.com
Tiffany J. Hofeldt (SBN 228864)
tiffany.hofeldt@kattenlaw.com
**KATTEN MUCHIN ROSENMAN LLP**
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012
Telephone:  310.788.4400
Facsimile:  310.788.4471

Attorneys for Defendants
BUSINESS FINANCIAL SERVICES, INC.,
BUSINESS CASH ADVANCE, INC., FATON, INC.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAPTAIN BOUNCE, INC., SEVAG KALAJAIN, SAMUEL KHATOMATOURIAN, and TAMRA COVIELLO dba KC DANCEGEAR, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>     vs.<br><br>BUSINESS FINANCIAL SERVICES, INC., BUSINESS CASH ADVANCE, INC., FATON, INC., and DOES 1 through 50, inclusive,<br><br>                    Defendants. | CASE NO.:  **'11CV0858 JLS  WMC**<br><br>**DEFENDANT BUSINESS FINANCIAL SERVICES, INC., BUSINESS CASH ADVANCE, INC. AND FATON, INC'S NOTICE OF PARTY WITH FINANCIAL INTEREST**<br><br>**(Fed. R. Civ. P. 7.1; CivLR 40.2)** |

NOTICE OF PARTY WITH FINANCIAL INTEREST

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL:**

Pursuant to Civil Local Rule 40.2, counsel for defendants Business Financial Services, Inc., Business Cash Advance, Inc., and Faton, Inc hereby notify the Court that:

Defendant Business Cash Advance, Inc. is a dba for Business Financial Services, Inc. Defendants Business Financial Services, Inc. and Faton, Inc. are wholly owned by BFS Companies, Inc., a Delaware corporation.

Respectfully submitted,

Dated: April 22, 2011

**KATTEN MUCHIN ROSENMAN LLP**

By:    /s/ Gregory S. Korman
       Gregory S. Korman
Attorneys for Defendants BUSINESS FINANCIAL SERVICES, INC., BUSINESS CASH ADVANCE, INC., and FATON, INC.