| | |
|---|---|
| 1 | JAMES F. CLAPP (145814) |
| | jclapp@sdlaw.com |
| 2 | ZACH P. DOSTART (255071) |
| | zdostart@sdlaw.com |
| 3 | DOSTART CLAPP & COVENEY, LLP |
| | 4370 La Jolla Village Drive, Suite 970 |
| 4 | San Diego, California 92122-1253 |
| | Tel: 858-623-4200 |
| 5 | Fax: 858-623-4299 |
| 6 | J. DANIEL HOLSENBACK (145640) |
| | dan@holsenbackapc.com |
| 7 | HOLSENBACK APC |
| | 4370 La Jolla Village Drive, Suite 970 |
| 8 | San Diego, CA 92122-1253 |
| | Telephone: 619-269-4634 |
| 9 | Facsimile: 619-269-4635 |
| 10 | Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAPTAIN BOUNCE, INC., SEVAG KALAJAIN, SAMUEL KHATOMATOURIAN, and TAMRA COVIELLO dba KC DANCEGEAR, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BUSINESS FINANCIAL SERVICES, INC., BUSINESS CASH ADVANCE, INC., FATON, INC., and DOES 1 through 50,<br><br>Defendants. | CASE NO. 3:11-cv-0858-JLS-WMC<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR CORRECTIVE ACTION**<br><br><br>DATE: December 8, 2011<br>TIME: 1:30 p.m.<br>CTRM: 6 (3rd floor)<br><br>Hon. Janice L. Sammartino |

1  PLEASE TAKE NOTICE that at December 8, 2011 on 1:30 p.m., in the courtroom of the Honorable Janis L. Sammartino, located at 940 Front Street, San Diego, California 92101-8900, Plaintiffs will and do hereby move this Court for an order for corrective action.

This motion is made pursuant to Federal Rule of Civil Procedure 23, which provides both the duty and authority for the Court to issue orders protecting absent class members. This motion is based on the notice of motion and motion, the memorandum of points and authorities, the declarations of Zach P. Dostart and Daniel Emery and the exhibits thereto, and on such other matters as the Court may consider at the hearing on plaintiffs' motion.

Dated: September 22, 2011  DOSTART CLAPP & COVENEY, LLP

s/ Zach P. Dostart
ZACH P. DOSTART
Attorneys for Plaintiffs

458597.1